IN THE UNITED STATES DISTRICT COURT
for the Southern District of Indiana.

FILED
02/06/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Steve Slater,
Plaintiff.

V.

Cause No: 1:23-cv-00241-TWP-KMB

Superintendent William Hyatte
Miami Correctional Facility,

Unknown John Doe
Correctional Officer,

Unknown John Doe,
Sargent

A. PARTIES:

1. Plaintiff is a Citizen of Indiana, and is located at P.O. Box A 1000 Van Nuys Rd. New Castle, IN 47362.

2. Defendant(s)

Miami Correctional Facility Superintendent William Hyatte, Unknown Correctional Officer John Doe, Unknown Correctional Sargent John Doe,

## B. STATEMENT OF CLAIM:

Plaintiff, Steve Slater, was an Inmate at the Miami Correctional Facility in Bunker Hill, Indiana. On October 30, 2021 Plaintiff was Moved from his Cell Location of G-310 to I-329. On that date and Prior to Moving SGT (John Doe) told this Plaintiff that his Move would be delayed some time due to a Possible Cell Extraction of his Soon to be New Cell Mate. A Short time later, SGT (John Doe), came back and stated to this Plaintiff that Everything was fine and to go ahead and Move. This Plaintiff then asked SGT (John Doe), that if his new Cell mate was Suicidal or had Mental health Issues, to which he was Assured by SGT (John Doe) that he was not. On November 6, 2021 Plaintiff Awoke to his Cell mate beating him with his (Plaintiffs) Metal Cane. Plaintiff Got up to fend off the attack and was able to hit the Emergency Call box button to alert the Officers. This Plaintiff Sustained Injury to his Neck, head, back, both arms and his left hand. Plaintiff was taken to the Prison Medical Center on a Stretcher and treated for Contusions to his head, neck & back. His Right Arm received Major damage as did his left hand to which has had and Still has lingering effects such as limited movement.

The Correctional Officers mentioned herein deliberately ignored the direct threat to this Plaintiffs Safety by ignoring his cellmates known mental health issues and behavior(s) leading up to the attack from which inference could be drawn that a risk to this Plaintiff and serious harm exsisted yet placed him in danger with a Person known to be aggressive and violent.

## C. JURISDICTION:

Plaintiff, Steve Slater, is suing for a violation of Federal Law under 28 U.S.C. 1331.

## D. RELIEF WANTED:

Plaintiff, Steve Slater asks of this Court to award him compensation in the amount of $50,000.

## E. JURY DEMAND:

Plaintiff asks that the trial Court hear this Case.

Dated this _Feb_ day of ___1___ 2023.

Respectfully Submitted,

Steve Slater

_Steve Slater_

PO Box A 1000 Van Nuys Rd.
New Castle, Indiana 47362

## F. CERTIFICATION:

Under Penalty of Perjury, I declare the the facts alleged in this Complaint are true and correct to the best of my knowledge and belief.

_Steve Slater_
Plaintiff.